**No. 10-6035. Taryn Christian, Petitioner v. Clayton A. Frank, Director, Hawaii Department of Public Safety.**

562 U.S. 1007, 131 S. Ct. 511, 178 L. Ed. 2d 378, 2010 U.S. LEXIS 8653.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 365 Fed. Appx. 877.